UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**STATE OF ARKANSAS ex rel.**
**DUSTIN McDANIEL, Attorney General**                                                **PLAINTIFF**

**v.**                              **CASE NO. 4:09cv00485 BSM**

**GENERAL WARRANTY SERVICES, INC.**                                        **DEFENDANT**

## JUDGMENT

Pursuant to the June 9, 2010 order, judgment is entered for plaintiff against defendant in the amount of $138,533.91.

IT IS SO ORDERED this 10th day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE